IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODY FINEFROCK, JULIA FRANCIS, and SUSAN BARNINGER, individually and on behalf of a collective of others similarly-situated,** | : : : : : | **Civil No. 1:16-cv-1221** |
| **Plaintiffs,** | : : | |
| v. | : : | |
| **FIVE GUYS OPERATIONS, LLC,** | : : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law (Doc. 28), **IT IS HEREBY ORDERED** that Defendant's motion to dismiss Count I of the complaint (Doc. 18) is **DENIED**. The parties shall submit a new joint case management plan no later than April 10, 2017.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: March 31, 2017