# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY FINEFROCK, JULIA FRANCIS, and SUSAN BARNINGER, individually and on behalf of a collective of others similarly-situated, | Civil Action No. 1:16-cv-01221-SHR |
| Plaintiffs, | (Judge Sylvia H. Rambo) |
| v. | *Electronically Filed* |
| FIVE GUYS OPERATIONS, LLC, | |
| Defendant. | |

## DECLARATION OF ANDY COOK

I, Andy Cook, declare as follows based on my personal knowledge:

1. All information set forth herein is based upon my personal and firsthand knowledge. If called and sworn as a witness, I could and would competently testify hereto.

2. I was hired by Five Guys Enterprises, LLC since 2007, and currently hold the position of Senior Brand Manager.

3. I was District Manager for Plaintiff Julia Francis for the entirety of her employment with FGO.

4. I was District Manager for Plaintiff Jody Finefrock from the time she was promoted to Assistant General Manager ("AGM") until around April 2015.

5. As a District Manager, I directly supervised General Managers

("GMs") and AGMs in seven stores.

6. I was responsible for setting the salary for the GMs and AGMs in my stores, though at times I would consult with my Area Manager regarding these decisions. This was true for both initial compensation and raises.

7. All GM and AGM salaries were sent to Vice President of Operations, Robert Kozura for final approval.

8. To the best of my recollection, Kozura never rejected or changed any salary requests for a GMs or AGMs in my district, nor did he provide substantive input into those decisions.

I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Andy Cook

Date: December 13, 2017

Firmwide:151702468.1 070414.1028