IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODY FINEFROCK and JULIA FRANCIS, individually and on behalf of a collective of others similarly-situated,** | : : : : : | Civil No. 1:16-CV-1221 |
| Plaintiffs, | : : | |
| v. | : : | |
| **FIVE GUYS OPERATIONS, LLC,** | : : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiffs' motion for conditional collective certification (Doc. 42) is **GRANTED** and Plaintiffs' counsel is appointed to represent the conditional collective. **IT IS FURTHER ORDERED** that the parties shall submit a joint proposed notice to the court for approval by October 25, 2018. If the parties cannot agree on the notice language, they shall submit an explanation of disputes and proposed alternative language by that same date.

 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: September 25, 2018